FILED

JAN 4 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BENITO ESTEBAN MEZA-DIVENI, AKA Benito Estedan Meza, Jr., <br><br> Petitioner, <br><br> v. <br><br> MATTHEW G. WHITAKER, Acting Attorney General, <br><br> Respondent. | No.  15-73285 <br> 15-73870 <br><br> Agency No. A073-839-360 <br><br> ORDER |

The Court is in receipt of Respondent's motion to continue the date for oral argument based on the current government shutdown. The request is denied. The argument will go forward as scheduled and counsel for the parties shall appear. In the event that counsel for either party is interested in appearing by video conference or telephone, counsel shall contact kwame_copeland@ca9.uscourts.gov to make arrangements.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7